No. 56894.—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 173853–K (New York).

Opinion by Lawrence, J. It was stipulated that the merchandise consists of 300 library sets, each of which consists of one gold-plated scissors (valued at more than $1.75 per dozen) and one gold-plated letter opener, both in a sheath which is in chief value of leather; that said library sets are similar in all material respects to those the subject of *Reed-Cook (Inc.) et al.* v. *United States* (63 Treas. Dec. 625, T. D. 46310); and that the protest is limited to the leather sheaths which have a total appraised value of $240. Upon the agreed statement of facts and following the cited authority, the leather cases were held properly dutiable at 17½ percent under the provision in paragraph 1531, as modified by T. D. 51802, for manufactures of leather.